LODGED

FILED
CLERK, U.S. DISTRICT COURT
05/02/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

2022 APR 27  PM 3: 22

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:

JESSAKA MENZIE.

Misc. Case No. 22-CM-00073-PSG

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Applicant Jessaka Menzie is admitted to practice before this Court until the results of the February 2023 California Bar Examination are announced. The Applicant will inform the Attorney Admissions' Clerk of her exam results after they are received.

05/02/22
Dated: ~~April__, 2022~~

_____
PHILIP S. GUTIERREZ
Chief United States District Judge

Presented by:

_____
AMY M. KARLIN
Chief Deputy Federal Public Defender